

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. WR-86,519-01

### EX PARTE RONALD BLAKE FEARS, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 2012-DCR-00986-B IN THE 138TH DISTRICT COURT
### FROM CAMERON COUNTY

*Per curiam*. NEWELL and WALKER, JJ., dissent.

### O R D E R

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of one count of continuous sexual abuse of a child, one count of sexual assault, and three counts of indecency with a child. He was sentenced to imprisonment for one term of fifty years and four terms of twenty years. The Thirteenth Court of Appeals affirmed his convictions. *Fears v. State*, No. 13-13-00111-CR (Tex. App.—Corpus Christi Apr. 23, 2015) (not designated for publication).

Applicant contends that trial counsel was ineffective at the guilt and punishment stages of trial. The trial court concluded that trial counsel was deficient and Applicant was prejudiced and

recommended that we grant Applicant a new trial on guilt or, in the alternative, on punishment. After reviewing the record, we conclude that Applicant has not shown that he was prejudiced. Relief is denied.

Filed: July 3, 2019
Do not publish